James Gnecco, Respondent, v. Hans P. Pedersen, Appellant.—Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the clear weight of evidence. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Wallace Hunt and Florence Hunt, Respondents, v. Henry G. K. Heath, Appellant, Impleaded with Others, Defendants.—Judgment and order affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Anna O'Connor, also Known as Anna Rogers, by Her General Guardian, Kate Robinson, Appellant, for the Revocation of Letters of Administration Granted to John Connor, etc., Respondent. Mary E. Hennessy and Others, Respondents.—Decree of the Surrogate's Court of Kings county of May 1, 1913, affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

James B. Kilsheimer, Jr., Respondent, v. Louis Kendal and Others, Defendants, Impleaded with Caroline S. Stetler, Appellant.—Order affirmed, with ten dollars costs and disbursements, and stay of proceedings vacated. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Annie Lochrane, as Administratrix, etc., Respondent, v. Charles Amann, Appellant.—Order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William J. Logan and Frank J. Logan, Respondents, v. New Amsterdam Gas Company, Appellant.—Upon appeals from orders granting or refusing temporary injunctions, this court does not pass on the merits of

---

* Consol. Laws, chap. 59 (Laws of 1909, chap. 61), § 66; N. J. Laws of 1896, chap. 185, § 64; 2 Comp. Stat. N. J. 1638, § 64.—[Rep.